IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00232-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

YONG GATES,

        Defendant.

## ORDER TERMINATING PROBATION
## PRIOR TO ORIGINAL EXPIRATION DATE

        On July 19, 2011, the probation officer submitted a petition for early termination of probation in this case. On July 19, 2011, the Court ordered that the probation officer serve the petition on the United States and that the United States respond in writing within fifteen days of the date of service. The petition was served on the United States on July 20, 2011, and the United States has no objections to the proposed relief. Accordingly, it is

        ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

        DATED this 4th day of August, 2011.

        **BY THE COURT:**

        *[signature]*
_____

        Marcia S. Krieger
        United States District Judge